Eugene J. Egan (State Bar No. 130108)
  *eje@manningllp.com*
Anthony Werbin (State Bar No. 285684)
  *aww@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Tel: (213) 624-6900; Fax: (213) 624-6999

Attorneys for COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LORRAINE FERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1-50 inclusive,,<br><br>    Defendant. | Case No. 2:18-CV-08309-R-SK<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment [Doc. # 37], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant COSTCO WHOLESALE CORPORATION, and against Plaintiff LORRAINE FERNANDEZ.  IT IS HEREBY FURTHER ORDERED, ADJUDGED, and DECREED that Defendant COSTCO WHOLESALE CORPORATION shall be entitled to recover costs against plaintiff LORRAINE FERNANDEZ in an amount to be determined and substantiated by Defendant COSTCO WHOLESALE CORPORATION's Application to the Clerk to Tax Costs.

DATED: September 23, 2019      _____

UNITED STATES DISTRICT JUDGE